PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision



Name of Offender: Wellington DeJesus Rivera                Cr.: 02-00460-001

Name of Sentencing Judicial Officer: Joel A. Pisano

Date of Original Sentence: 01/21/05

Original Offense: Distribution and Possession with Intent to Distribute more than 100 grams of Heroin

Original Sentence: Time Served with 5 years of Supervised Release

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/21/05

Assistant U.S. Attorney: Serina Vash                Defense Attorney: Henry E. Klingeman, Esq. (CJA)

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**' |
| | On June 6, 2005, the undersigned officer conducted a home visit at the offender's residence located at 354A Whiton Street in Jersey City, New Jersey. The undersigned officer was informed by a relative, Pedro Ramirez, that the offender relocated to the Dominican Republic approximately two weeks prior. |
| 2 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | On May 17, 2005, the offender failed to report to the probation office as directed by the undersigned officer. Subsequent to that date, the offender has failed to report or re-establish contact with the probation office. |

PROB 12C - Page 2
Wellington DeJesus Rivera

3        The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**'

Sometime in May 2005, the offender relocated to an unknown address. According to a relative, Pedro Ramirez, Rivera moved to the Dominican Republic. The offender never notified the probation office of any change in residence and his present whereabouts are unknown.

I declare under penalty of perjury that the foregoing is true and correct.

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 06/16/05

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/22/05
Date